## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JOSE MEJIAS

               Plaintiffs,

v.

ABC AIRPORT PARKING, LLC., et al

               Defendant.

Civ. Action No. 20-cv-13543 (KSH)

**<u>ORDER</u>**

**<u>Katharine S. Hayden, U.S.D.J.</u>**

It appearing in the above captioned action that the plaintiff has failed to move this case in accordance with this Court's prior order filed on March 18, 2021 at D.E. No. 7;

It is on this 28th day of April 2021,

**ORDERED** that this action is hereby dismissed as to all Defendants without prejudice and without costs for failure to proceed with this matter in a timely manner and for failure to comply with the Court's directive. It is further,

**ORDERED** that the Clerk shall serve a copy of this Order upon Plaintiff by regular U.S. mail, and shall **CLOSE** the file.

                       <u>/s/ Katharine S. Hayden</u>
                       Hon. Katharine S. Hayden, U.S.D.J.
                       United States District Judge